SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
STEVEN B. SACKS. Cal. Bar No. 98875
ssacks@sheppardmullin.com
KRISTY E. YOUNG, Cal. Bar No. 260542
kyoung@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

JS-6

Attorneys for Plaintiff
TEXTRON FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VAQUERO DE LOS ROBLES, LLC, et al.,<br><br>Defendants. | Case No. CV09-01204 JFW (PJWx)<br><br>**JUDGMENT PURSUANT TO ORDER GRANTING SUMMARY JUDGMENT AND RULE 54(b)** |
| VAQUERO DE LOS ROBLES, LLC, et al.,<br><br>Counterclaimants<br><br>v.<br><br>TEXTRON FINANCIAL CORPORATION,<br><br>Counterdefendant. | |

W02-WEST:5SS1\402349676.1       JUDGMENT

The Court having entered its order granting summary judgment to Plaintiff and Counterdefendant Textron Financial Corporation ("TFC") herein, there being no just reason for delay in entering judgment with regard to the claim by TFC against defendants John E. King, John G. King and Carole King and with regard to the Counterclaim and each claim for relief asserted therein, and GOOD CAUSE APPEARING, it is hereby ordered, adjudged, decreed that judgment hereby shall be and is entered in favor of TFC and against Defendants John E. King, John G. King, Carole King on the third claim for relief contained in TFC's Complaint and in favor of TFC and against Counterclaimants John E. King, John G. King, Carole King, and Vaquero de los Robles, LLC ("Vaquero") on the Counterclaim contained in Counterclaimants Answer and Counterclaim as follows:

1. TFC shall have and recover from Defendants John E. King, John G. King and Carole King, and each of them, the sum of $11,434,204.55, consisting of $9,749,999.80 in principal owed on the loan made by TFC to Vaquero, interest of $1,107,900.73 through November 30, 2009 less interest payments received of $153,896.19, an exit fee of $195,000.00 and late charges of $535,200.22, to which shall be added interest accrued from December 1, 2009 to the date of entry of judgment on the principal amount at the daily rate of $2,975.02.

2. Counterclaimants John E. King, John G. King, Carole King and Vaquero shall take nothing on their Counterclaim herein and judgment is entered in favor of TFC on the Counterclaim.

3. TFC is further entitled to recover its attorneys' fees and expenses incurred herein, to be determined upon motion timely made by TFC.

Dated: December 29, 2009

_____
United States District Court Judge