SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
STEVEN B. SACKS. Cal. Bar No. 98875
ssacks@sheppardmullin.com
KRISTY E. YOUNG, Cal. Bar No. 260542
kyoung@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff
TEXTRON FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TEXTRON FINANCIAL CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>VAQUERO DE LOS ROBLES, LLC, et al.,<br><br>             Defendants.<br><hr>VAQUERO DE LOS ROBLES, LLC, et al.,<br><br>             Counterclaimants<br><br>      v.<br><br>TEXTRON FINANCIAL CORPORATION,<br><br>             Counterdefendant. | Case No.  CV09-01204 JFW (PJWx)<br><br><br><br><br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS** |
|---|---|

1    **Good cause appearing**, pursuant to the parties' stipulation and based on the
2    Court's order of February 12, 2010, the Court hereby orders, adjudges and decrees
3    that Textron Financial Corporation is awarded $351,145.94 pursuant to its motion
4    for an award of attorneys' fees and related costs, consisting of attorneys' fees in the
5    amount of $332,574.15 and costs of $18,571.79, in full and final resolution of the
6    motion made by TFC for fees and costs up to and including the entry of judgment
7    herein.

8    Dated:  April 5, 2010

10   _____
     United States District Judge